IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEVIN DALE BOWMAN,

        Plaintiff,

v.                                                            CIVIL ACTION NO.   2:23-cv-00099

SHERIFF GARY LINVILLE, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 18, 2025, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations ("PF&R"), [ECF No. 47], and recommended that Defendants' Motion to Dismiss Under Rule 37 of the Federal Rules of Civil Procedure [ECF No. 41] be granted and that the court dismiss this civil action with prejudice. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Accordingly, Defendants' Motion to Dismiss Under Rule 37 of the Federal Rules of Civil Procedure, [ECF No. 41], is **GRANTED** and the court **DISMISSES** this matter from the docket **WITH PREJUDICE**.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER: April 23, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE